**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00129-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DOMINIC D. STEWART, and
2. JAMES DUCKETT,

    Defendants.

# ORDER

**Blackburn, J.**

The matter before me is the **Government's Motion To Disclose Grand Jury Material To Defendants**, pursuant to Fed.R.Crim.P. 6(e)(3)(E)(I) and (F), [#17] filed April 15, 2010. After reviewing the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Government's Motion To Disclose Grand Jury Material To Defendants**, pursuant to Fed.R.Crim.P. 6(e)(3)(E)(I) and (F), [#17] filed April 15, 2010, is **GRANTED**;

2. That grand jury testimony and grand jury documents may be disclosed to defendants and their attorneys in the course of discovery in this case;

3. That such materials shall only be used in defending this case; that such materials are disclosed only to the defendants and their attorneys; that the defense attorneys shall maintain custody of such materials, and shall not reproduce or disseminate the same.

Dated April 15, 2010, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge