IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00129-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DOMINIC D. STEWART, and
2. JAMES DUCKETT,

    Defendants.

## MINUTE ORDER[1]

    On **May 4, 2010**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set a hearing on **Dominic Stewart's Motion For Additional Time To File Motions, For an Ends of Justice Continuance Based Upon 18 U.S.C. § 3161 (h)(7)(B)(ii) and (iv) and Unopposed Motion For a Declaration of Complexity** [#25] filed April 26, 2010. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: April 27, 2010

---

    [1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.