IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00129-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. JAMES DUCKETT,

    Defendant.

## MINUTE ORDER[1]

By **May 11, 2010**, the government shall file a response to **James Duckett's Motion For Additional Time To File Motions, For an Ends of Justice Continuance Based Upon 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv) and Unopposed Motion For a Declaration of Complexity** [#29] filed April 28, 2010.

    Dated: April 29, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.