IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00129-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DOMINIC D. STEWART, and
2. JAMES DUCKETT,

    Defendant.

## MINUTE ORDER[1]

The matter comes before the court *sua sponte*. On May 17, 2010, the court entered its **Order Granting Motions To Continue** [#44]. Paragraph 7 of the order portion of this document sets a status conference for September 10, 2010, at 9:00 a.m. However, the minute entry [#42] entered May 14, 2010, indicates that the status conference for September 10, 2010, is to commence at 11:00 a.m. After reviewing the record of the proceedings on May 14, 2010, it is clear that the status conference is set for 11:00 a.m. on September 10, 2010.

**THEREFORE, IT IS ORDERED** as follows:

1. That the court's **Order Granting Motions To Continue** [#44], entered May 17, 2010, is **AMENDED** to reflect that the Status Conference set for September 10, 2010, shall commence at **11:00 a.m.**; and

2. The court's **Order Granting Motions To Continue** [#44] entered May 17, 2010, is amended to the limited extent necessary to facilitate and implement this order.

Dated: June 3, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.