**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00129-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DOMINIC D. STEWART, and
2. JAMES DUCKETT,

    Defendants.

## MINUTE ORDER[1]

    Due to a conflict arising on the court's calendar, the status conference set in this matter for September 10, 2010, at 11:00 a.m., is **VACATED** at this time and **RESET** to **2:30 p.m.** on September 10, 2010. That, to the extent necessary, the United States Marshal shall assist in securing the defendants' appearances for this hearing.

    Dated: June 7, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.