**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00129-REB-02

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2.  JAMES DUCKETT,,

     Defendant.

---

**MINUTE ORDER**[1]

---

By **February 21, 2011**, the government shall file a reply to defendant's **Objection To Government's Request For a Protective Order (doc #157** [#158] filed February 7, 2011.

Dated:  February 7, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.