IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00129-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.      JAMES DUCKETT,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 24, 2011.**

      Pending before the Court is Defendant James Duckett's Motion for Bond and Request for Detention Hearing [filed March 23, 2011; docket #177]. The United States is instructed to respond to this motion on or before **March 30, 2011**. Defendant may reply within *three days* of the government's response.