**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00129-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  **DOMINIC D. STEWART**, and
2.  **JAMES DUCKETT**,

    Defendants.

## ORDER RE: 404(B) EVIDENCE

**Blackburn, J.**

The matters before me are (1) **Dominic Stewart's Motion for Earlier Notice of Fed.R.Evid. Rule 404(b) Evidence Than Provided in the Discovery Conference Memorandum And Order** [#150][1] filed February 2, 2011; and (2) the **Request for Specific Notice of 404(b) Evidence** [#139] filed January 31, 2011, by defendant, James Duckett. The government filed a consolidated response [#163] on February 25, 2011.

Having considered, but not necessarily accepted, the reasons stated, arguments advanced, and authorities cited by the defendants in their respective motions and the government in its consolidated response, I find and conclude as follows: (1) that beyond

---

[1]  "[#150]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

the requirements of Fed. R. Crim. P. 16, and *Brady*, *Bagley*, *Giglio*,[2] and their progeny, a defendant does not have a discreet right to pretrial notice or disclosure of evidence that is inextricably intertwined with the acts charged[3] or is considered intrinsic or contextual evidence; (2) that the government should provide notice of its intent to offer 404(b) evidence not later than 45 days before trial; and (3) that the court may, but is not required to consider the propriety of any such putative 404(b) evidence *in limine*.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Dominic Stewart's Motion for Earlier Notice of Fed.R.Evid. Rule 404(b) Evidence Than Provided in the Discovery Conference Memorandum And Order** [#150] filed February 2, 2011, is granted, consistent with the foregoing findings and conclusions and the following orders;

2. That the **Request for Specific Notice of 404(b) Evidence** [#139] filed January 31, 2011, by defendant, James Duckett, is denied; and

3. That not later than 45 days before trial, the government shall provide reasonable notice of the general nature of any such evidence it intends to introduce at trial under Fed.R.Evid. 404(b).

Dated April 7, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

---

[2] The reference to "*Brady, Bagley, Giglio*," is a reference to *Brady v. Maryland*, 373 U.S. 83, 83 S.Ct. 1194, 10 L.Ed.2d 215 (1963); *United States v. Bagley*, 473 U.S. 667, 105 S.Ct. 3375, 87 L.Ed.2d 481 (1985); and *Giglio v. United States*, 405 U.S. 150, 92 S.Ct. 763, 31 L.Ed.2d 104 (1972).

[3] Indeed, Mr. duckett cites no authority of his request for the pretrial identification and disclosure of such evidence.