IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:             September 14, 2011

Deputy Clerk:     Nel Steffens
Court Reporter:   Suzanne Claar

**Criminal Action No. 10-cr-00129-REB**

*Parties:*                                          *Counsel:*

UNITED STATES OF AMERICA,                           Robert Troyer
                                                    Susan "Zeke" Knox
        Plaintiff,

v.

1.  DOMINIC D. STEWART,                             Thomas Hammond
                                                    Frances Simonet
2.  JAMES DUCKETT,                                  Frank Moya

        Defendants.

## COURTROOM MINUTES

**Continued Motions Hearing on #141, #148, #145, #157, #75**

**9:06 a.m.     Court in session.**

Appearances of counsel.

Defendant Stewart's appearance has been waived; defendant Duckett is present in custody.

Opening statements by the court.

Mr. Hammond addresses the court regarding defendant Stewart's **Motion To Disclose Specific Portions of Discovery to Client** [#75] filed September 1, 2010, and the **Government's Motion for Protective Order** [#157] filed February 4, 2011.  Mr. Hammond asks that the court delay argument and ruling on the motions as counsel is

still in discussions with the government.

Mr. Troyer has no objection.

Court will defer, for now, argument or further hearing on motions #75 and #157.

Court addresses **James Duckett's Motion To Dismiss Due to Delay in Indictment** [#141] filed January 31, 2011, and **Dominic Stewart's Motion To Dismiss - Pre-Indictment Delay** [#148] filed February 1, 2011.

9:09 a.m.   Argument by Mr. Hammond.

9:22 a.m.   Response by Mr. Troyer.

Court addresses **Dominic Stewart's Motion To Suppress Statements** [#145] filed January 31, 2011.

9:35 a.m.   Argument by Ms. Knox.

9:44 a.m.   Response by Mr. Hammond.

Discussion regarding Speedy Trial excludable time and proposed date of further motions hearing.

   **IT IS ORDERED** as follows:

   1. That any motions *in limine* by defendant Duckett shall be filed by Wednesday, **September 28, 2011**; any responses shall be filed within fourteen days of the filing of the discrete motions in limine;

   2. That the court shall conduct a motions hearing to receive oral argument on defendant Stewart's **Motion To Disclose Specific Portions of Discovery to Client** [#75] filed September 1, 2010, the **Government's Motion for Protective Order** [#157] filed February 4, 2011, **James Duckett's Motion for Relief from Prejudical** [sic] **Joinder and for Separate Trial from his Co-Defendant** [#143] filed January 31, 2011, **Dominic Stewart's Motion for Severance of Defendants for Trial** [#146] filed January 31, 2011, and anticipated motions *in limine* to be filed by Mr. Duckett, on Wednesday, **October 26, 2011, at 1:30 p.m.**, at which counsel and the defendants, unless sooner excused, shall again appear before the court in this case without further notice or order; and

   3. That to the extent necessary the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendants.

**10:10 a.m.     Court in recess.**

Total time in court:   01:04

Hearing concluded.