IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00129-REB-2

UNITED STATES OF AMERICA,

 Plaintiff,

v.

**2.** **JAMES DUCKETT**,

 Defendant.

---

# GOVERNMENT'S MOTION REGARDING ACCEPTANCE OF RESPONSIBILITY

---

  The United States of America, by and through John F. Walsh, United States Attorney for the District of Colorado and the undersigned Assistant United States Attorneys, asks this Court to award a three level reduction in the base offense level pursuant to United States Sentencing Guideline §3E1.1(a) and (b) based on the defendant's acceptance of responsibility. As grounds therefore, the government states:

  The Defendant has assisted authorities in the prosecution of his own misconduct by notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently.

Based on the foregoing information, the United States respectfully requests the Defendant receive a total reduction of three levels in his base offense level for acceptance of responsibility pursuant to §3E1.1(a) and (b) of the United States Sentencing Guidelines.

Dated this 26th day of April, 2012.

                                        Respectfully submitted,

                                        JOHN F. WALSH
                                        United States Attorney

                                        By: *s/ Susan D. Knox*
                                        SUSAN D. KNOX
                                        Assistant U.S. Attorney
                                        U.S. Attorney's Office
                                        1225 17th Street, Suite 700
                                        Denver, CO 80202
                                        Telephone:  (303) 454-0100
                                        Fax: (303) 454–0401
                                        E-mail: susan.knox@usdoj.gov
                                        Attorney for Government

## CERTIFICATE OF SERVICE

      I certify that on this 26th day of April, 2012, I electronically filed the foregoing **GOVERNMENT'S MOTION REGARDING ACCEPTANCE OF RESPONSIBILITY** with the Clerk of the Court using the CM/ECF system which will send notification to the following e-mail addresses:

Frank Moya
E-mail: USAfrankmoya@aol.com

Frances Ethel Simonet
E-mail: SimonetLaw@gmail.com

Thomas James Hammond
E-mail: hamondlaw@solucian.com

                                    By: *s/ Solange Reigel*
                                    SOLANGE REIGEL
                                    Legal Assistant to Linda Kaufman
                                    United States Attorney's Office
                                    1225 - 17th Street, Suite 700
                                    Denver, CO 80202
                                    Telephone: (303) 454-0244
                                    Fax: (303) 454-0402
                                    E-mail: solange.reigel@usdoj.gov